# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE, TENNESSEE

| | |
|---|---|
| ADRIENNE JORDAN, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Case No. 3:20-cv-0861 |
| ) | |
| MEHARRY MEDICAL COLLEGE ) | JUDGE CAMPBELL |
| DR. MEDHAT KALLINY, and ) | MAGISTRATE JUDGE |
| DR. PAUL NGO, ) | NEWBERN |
| ) | |
| *Defendants*. ) | |

## NOTICE OF REPRESENTATION STATUS

COMES NOW, Plaintiff Adrienne Jordan and submit this Notice of Representation Status in accordance with the Court's Order. Plaintiff remains *Pro Se*. However, Plaintiff has retained Attorney Maureen Truax Holland, Esq. an attorney licensed in Tennessee for mediation and settlement only.

Plaintiff understands that the representation by Attorney Maureen Truax Holland, Esq. is limited in scope and there is a written agreement that Plaintiff has signed.

Plaintiff diligently tried to find an attorney who could represent me and proceed with my case after the withdrawal of previous counsel.

Plaintiff would ask for extra time to try to settle the pending lawsuit. Defendants Attorney have advised Attorney Holland that they are willing to try to settle within the next 30 days. If this case does not settle, Plaintiff is prepared to go forward with her deposition.

Respectfully submitted this 31st day of July, 2023.

                                          Respectfully submitted,
                                          Adrienne Jordan
                                          */s/ Adrienne Jordan, M.D.*
                                          810 Oak Meadow Dr. #680783
                                          Franklin, TN  37064

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE, TENNESSEE

| | |
|---|---|
| ADRIENNE JORDAN, | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| v. | ) Case No. 3:20-cv-0861 |
| | ) |
| MEHARRY MEDICAL COLLEGE | ) JUDGE CAMPBELL |
| DR. MEDHAT KALLINY, and | ) MAGISTRATE JUDGE |
| DR. PAUL NGO, | ) NEWBERN |
| | ) |
| *Defendants.* | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of July, 2023, a copy of the foregoing Notice of Representation Status was electronically filed with the Clerk of Court. Notice of this filing will be sent electronically by the Court's electronic filing system (PACER) to all parties indicated on the electronic filing receipt and those parties may access this filing through the Court's electronic fling system. All other parties will be served by email.

Adam Barber, Esq.
MARTIN HELLER POTEMPA & SHEPPARD, PLLC
1935 21st Avenue South, Suite 100
Nashville, TN 37212
abarber@mhpslaw.com
*Attorneys for the Estate of Dr. Kalliny*

Michelle Poss, Administrator
201 Fourth Avenue North, Suite 1240
Nashville, TN 37219
*Metropolitan Gov't of Nashville and Davidson Count Public Administrator*

Perry A. Craft, Esq.
LAW OFFICE OF PERRY A. CRAFT, PLLC
402 BNA Drive, Building 100, Ste 202
Nashville, TN 37217
perrycraft@craftlegal.com
*Attorney for Kirolos Medhat Sadet Ibrahem*

Jennifer Gingery Cook, Esq.
Mark A. Baugh, Esq.
BAKER, DONELSON,BEARMEN,CALDWELL & BERKOWITZ, P.C.
1600 West End Avenue, Ste 2000
Nashville, TN 37202
mbaugh@bakerdonelson.com
jcook@bakerdonelson.com

<div style="text-align: right">
Attorneys for Defendants Meharry, Ngo and Kalliny
</div>

Maureen Truax Holland, Esq.
Holland & Associates, PC
*Holistic Attorneys and Counsellors at Law*
1429 Madison Avenue
Memphis, TN 38104
901-278-8120
901-278-8125 (fax)
maureen@hollandattorney.com
Limited Attorney for Plaintiff

Respectfully submitted this 31st day of July, 2023.

<div style="margin-left: 50%">
Respectfully submitted,
Adrienne Jordan
*/s/ Adrienne Jordan, M.D.*
810 Oak Meadow Dr. #680783
Franklin, TN  37064
</div>